644

No. 386. FLORIDA POWER & LIGHT CO. *v.* MIAMI ET AL. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. John F. MacLane* and *Jno. P. Stokes* for petitioner. *Messrs. Sidney S. Hoehl* and *John W. Watson, Jr.* for respondents.

No. 387. CAROLINE C. SPALDING *v.* UNITED STATES; and
No. 388. SILSBY M. SPALDING *v.* SAME. November 7, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Robert N. Miller* and *Joseph D. Peeler* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *A. F. Prescott* for the United States. Reported below: 97 F. 2d 697.

No. 389. BROWN, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. C. Walters* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Arnold Raum* for respondent.

No. 390. BOYER, ADMINISTRATRIX, *v.* BACKUS ET AL. November 7, 1938. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Howard H. Campbell* for petitioner. *Messrs. Thomas G. Long* and *John C. Bills* for respondents.

No. 396. HALSTED *v.* STATE HIGHWAY COMMISSIONER. November 7, 1938. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Harry W. Jones*